UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-93-1025M |
| GUIDO FERNANDEZ OSORIO | § § | |

United States Courts
Southern District of Texas
FILED

APR 04 2011

David J. Bradley, Clerk of Court

## MOTION TO DISMISS CRIMINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through José Angel Moreno, United States Attorney, and Robert Stabe, Assistant United States Attorney, for the Southern District of Texas, files its Motion to Dismiss the Criminal Complaint and arrest warrant filed against Guido Fernandez Osorio.

Respectfully submitted,

JOSE ANGEL MORENO
United States Attorney

By: _R. Stabe_
Robert Stabe
Assistant United States Attorney
(713) 567-9583